# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2018

154390 (119)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

ALEXANDER FIGURSKI, Minor, by his
Conservator, HOWARD LINDEN,
        Plaintiff-Appellee,

v

                          SC: 154390
                          COA: 318115
                          Livingston CC: 11-026468-NH

TRINITY HEALTH-MICHIGAN, d/b/a SAINT
JOSEPH MERCY LIVINGSTON HOSPITAL,
WILLIAM BRADFIELD, M.D., and
CATHERINE McAULEY HEALTH
SERVICES CORPORATION, a/k/a SAINT
JOSEPH MEDICINE FACULTY ASSOCIATES,
a/k/a SAINT JOSEPH MERCY PRIMARY
CARE,
        Defendants-Appellants.
_____/

On order of the Court, the motion for reconsideration of this Court's April 13, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2018



t0625

                         Clerk